# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nichole L. Valle<br>               Debtor | BK NO. 19-01589 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Flagstar Bank as servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

                           Respectfully submitted,


                           **/s/ James C. Warmbrodt, Esquire**
                           James C. Warmbrodt, Esquire
                           KML Law Group, P.C.
                           BNY Mellon Independence Center
                           701 Market Street, Suite 5000
                           Philadelphia, PA  19106
                           215-627-1322