IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| NICHOLE L. VALLE | : | CASE NO.: 19-01589-HWV |
| Debtor. | : | |

| | |
|---|---|
| EAST PENNSBORO TOWNSHIP, | : |
| MOVANT | : |
| | : |
| and | : |
| | : |
| NICHOLE L. VALLE and | : |
| CHARLES J. DEHART, III, Chapter 13 Trustee, | : |
| RESPONDENTS | : |

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICE AND SERVICE OF PAPERS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTORS AND THEIR ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for East Pennsboro Township, a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

Kimberly A. Bonner, Esquire
JSDC Law Offices
11 E. Chocolate Avenue, Suite 300
Hershey, PA 17033
(717) 533-3280

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtors.

JSDC Law Offices

Dated: April 30, 2019   By:   /s/ Kimberly A. Bonner, Esquire
Kimberly A. Bonner, Esquire (PA ID #89705)
11 E. Chocolate Avenue, Suite 300
Hershey, PA 17033
Phone: (717) 533-3280
E-mail: kab@jsdc.com
*Attorneys for Movant*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| NICHOLE L. VALLE | : | CASE NO.: 19-01589-HWV |
| Debtor. | : | |

| | |
|---|---|
| EAST PENNSBORO TOWNSHIP, | : |
| MOVANT | : |
| | : |
| and | : |
| | : |
| NICHOLE L. VALLE and | : |
| CHARLES J. DEHART, III, Chapter 13 Trustee, | : |
| RESPONDENTS | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers was served on the following this 30th day of April, 2018, via ECF Notification and/or via First Class U. S. Mail, Postage Pre-paid:

> Gregory A. Hazlett, Esquire
> 7 W. Main Street
> Mechanicsburg, Pa 17055
>
> Charles J. Dehart, III, Trustee
> 8125 Adams Drive, Suite A
> Hummelstown, Pa 17036

> JSDC Law Offices

Dated: April 30, 2019        By:   /s/ Kimberly A. Bonner, Esquire
                                   Kimberly A. Bonner, Esquire (PA ID #89705)
                                   11 E. Chocolate Avenue, Suite 300
                                   Hershey, PA 17033
                                   Phone: (717) 533-3280
                                   E-mail: kab@jsdc.com
                                   *Attorneys for Movant*