```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                               Case No. 19-01589-HWV
Nichole L. Valle                                                     Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 2                  Date Rcvd: May 28, 2019
                              Form ID: ntcnfhrg          Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db             +Nichole L. Valle,    16 West Locust Street,    Enola, PA 17025-3026
cr             +East PennsboroTownship,    c/o JSDC Law Offices,    11 E. Chocolate Avenue,    Suite 300,
                 Hershey, PA 17033-1320
5189819        +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
5186803        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
5193515        +East Pennsboro Township,    c/o Kimberly A. Bonner, Esquire,    JSDC Law Offices,
                 11 E. Chocolate Avenue, Suite 300,    Hershey, PA 17033-1320
5186485         Flagstar Bank,    po box 660263,    Dallas, TX 75266-0263
5186488        +JSDC LAW OFFICES,    11 east chocolate avenue,    Hershey, PA 17033-1320
5186497         Pennsylvania Department of Revenue,    PO box 281041,    Harrisburg, PA 17128-1040
5193514        +c/o Kimberly Bonner, Esquire,    JSDC Law Offices,    11 E. Chocolate Avenue,    Suite 300,
                 Hershey, PA 17033-1320
5186466         capital one bank,    jpo box 30285,    Salt Lake City, UT 84130-0285
5186475         credit acceptance corporation,    po box 5070,    Southfield, MI 48086-5070
5186477         department of treasurey,    bureau of fiscal service,    po box 830794,
                 Birmingham, AL 35283-0794
5186481        +diviersified consultants,    po box 551268,    Jacksonville, FL 32255-1268
5186482        +east pennsboro township,    98 south enola drive,    Enola, PA 17025-2796
5186484         fingerhut,    po box 70283,    Philadelphia, PA 19176-0283
5186483         fingerhut,    6520 ridgwood road,    Saint Cloud, MN 56303
5186487         ic systems collections,    po box 64378,    Saint Paul, MN 55164-0378
5186491        +mariner finance,    8211 town center drive,    Nottingham, MD 21236-5904
5186499        +regency finance company,    3350 paxton street,    suite E,    Harrisburg, PA 17111-1476
5186500        +santander consumer discount,    5201 rufe snow drive,    North Richland Hills, TX 76180-6036
5186501         santander consumer usa,    po box 961245,    Terrell, TX 75161
5186502        +second round lp,    po box 41955,    Austin, TX 78704-0033
5186503        +the bureaus,    650 dundee road suite 370,    Northbrook, IL 60062-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2019 19:21:56
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5195678         E-mail/Text: REPO@CARVANT.COM May 28 2019 19:20:07     CARVANT FINANCIAL LLC,
                 6851 JERICHO TURNPIKE,    SUITE 245,    SYOSSET, NY 11791
5186478         E-mail/Text: cio.bncmail@irs.gov May 28 2019 19:20:14     Department of Treasury,
                 Internal Revenue Service,    po box 8208,    Philadelphia, PA 19101-8208
5188677         E-mail/PDF: resurgentbknotifications@resurgent.com May 28 2019 19:21:25     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5192159         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2019 19:20:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
5191459        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2019 19:21:21
                 The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5186467        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2019 19:21:53
                 capital one bank usa na,    po box 30281,    Salt Lake City, UT 84130-0281
5186468        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2019 19:21:53     capital one na,
                 po box 30281,    Salt Lake City, UT 84130-0281
5186469         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2019 19:21:36
                 capital one national association,    po box 26030,    Richmond, VA 23260-6030
5186471         E-mail/Text: documentfiling@lciinc.com May 28 2019 19:20:06     comcast,    po box 3002,
                 Southeastern, PA 19398-3002
5186473         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2019 19:20:20     comenity bank,
                 po box 659704,    San Antonio, TX 78265-9704
5186472        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2019 19:20:20     comenity bank,
                 po box 182273,    Columbus, OH 43218-2273
5186474         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2019 19:20:20     comenity bank buckle,
                 po  box 182789,    Columbus, OH 43218-2789
5186476        +E-mail/PDF: creditonebknotifications@resurgent.com May 28 2019 19:21:58     credit one bank,
                 po box 98873,    Las Vegas, NV 89193-8873
5186480        +E-mail/Text: bankruptcynotices@dcicollect.com May 28 2019 19:20:44
                 diversified consultants inc.,    10550 deerwood park,    # 309,    Jacksonville, FL 32256-2805
5186486         E-mail/Text: cashiering-administrationservices@flagstar.com May 28 2019 19:20:49
                 flagstar bank,    5151 corporate circle,    Troy, MI 48098-2639
5186489        +E-mail/Text: bncnotices@becket-lee.com May 28 2019 19:20:09     kohls capital one,
                 po box 3115,    Milwaukee, WI 53201-3115
5186490        +E-mail/PDF: resurgentbknotifications@resurgent.com May 28 2019 19:21:42     lvnv funding,
                 po box 1269,    c/o resurgent capital services,    Greenville, SC 29602-1269
5186492         E-mail/Text: bkr@cardworks.com May 28 2019 19:20:02     merrick bank,    po box 9201,
                 Old Bethpage, NY 11804-9001
5186493         E-mail/Text: bankruptcy@sccompanies.com May 28 2019 19:20:54     montgomery ward,
                 1112 7th avenue,    Monroe, WI 53566-1364
5186494        +E-mail/Text: Bankruptcies@nragroup.com May 28 2019 19:20:53     national recovery agency,
                 2491 paxton street,    Harrisburg, PA 17111-1036
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5186495        E-mail/PDF: cbp@onemainfinancial.com May 28 2019 19:21:50     one main financial,   po box 1010,
               Evansville, IN 47706-1010
5186496        E-mail/Text: bankruptcynotices@psecu.com May 28 2019 19:20:45
               pennsylania state employees credit,   po box 67013,   Harrisburg, PA 17106-7013
5186498       +E-mail/Text: bankruptcynotices@psecu.com May 28 2019 19:20:45
               pennsylvania state emmployees cred.,   1500 elmerton avenue,   Harrisburg, PA 17110-2990
5186504       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 28 2019 19:20:03
               verizon,   po box 650584,   Dallas, TX 75265-0584
5186505       +E-mail/Text: bnc-bluestem@quantum3group.com May 28 2019 19:20:45     web bank fresh start,
               6250 ridgewood road,   Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5186479*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   department of treasury,   po box 21126,
               Philadelphia, PA 19114-0326)
5186470       ##+carvent financial llc,   po box 465,   Syosset, NY 11791-0465
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Gregory S Hazlett    on behalf of Debtor 1 Nichole L. Valle adlitem@pa.net
          James Warmbrodt     on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Kimberly A Bonner    on behalf of Creditor   East PennsboroTownship kab@jsdc.com,   jnr@jsdc.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nichole L. Valle,   Chapter  13

**Debtor 1**

Case No.  1:19–bk–01589–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 10, 2019  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 28, 2019 |

ntcnfhrg (03/18)