IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | : |
| NICHOLE L. VALLE | : Case No 19-01589-HWV |
| Debtors, | |
| | : |
| CREDIT ACCEPTANCE CORP. | : |
| Movant | : Chapter 13 |
| Vs. | : |
| NICHOLE L. VALLE | |
| | : |
| Respondents | : |

## ANSWER TO MOTION FOR RELIEF OF THE AUTOMATIC STAY

**AND NOW,** comes Respondents, Nichole Valle, by and through his attorney, Gregory S. Hazlett, Esquire, and answers this Motion for Relief from Automatic Stay:

1. ADMITTED
2. ADMITTED.
3. ADMITTED
4. 

(A) ADMITTED:

(B) ADMITTED;

(C) ADMITTED

(D) DENIED: Counsel for the debtor lacks sufficient information to verify the accuracy of the level of arrearage if any, that the movant claims is due and owing.

5. 

**A. DENIED:** Counsel for the debtor lacks sufficient information to verify the accuracy of the level of arrearage if any, that the movant claims is due and owing.

    A.

**WHEREFORE,** the debtor respectfully requests that the Honorable Court deny the movant's Motion for Relief from the Automatic Stay for the aforementioned reasons. And deny movant's request for adequate protection.

**9/24/2019**

                                            **Respectfully submitted,**

                                        **S/s** *__Gregory S. Hazlett, Esq.__*
                                        **Gregory S. Hazlett, Esquire**
                                        **7 West Main Street**
                                        **Mechanicsburg, PA. 17055**
                                        **(717)-790-5500**