UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NICHOLE L. VALLE | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| NICHOLE L. VALLE | : | |
| Respondent(s) | : | CASE NO. 1-19-bk-01589 |

TRUSTEE'S OBJECTION TO AMENED CHAPTER 13 PLAN

AND NOW, this 2nd day of October, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically:

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

  a. Excess disposable income. (Based on 6/28/2019 pay stub.)

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

  a. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court. (Credit Acceptance – Claim #1)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

  a. Deny confirmation of debtor(s) plan.

  b. Dismiss or convert debtor(s) case.
  c. Provide such other relief as is equitable and just.

            Respectfully submitted:

            Charles J. DeHart, III
            Standing Chapter 13 Trustee
            8125 Adams Drive, Suite A
            Hummelstown, PA 17036
            (717) 566-6097

    BY:    /s/James K. Jones
            Attorney for Trustee

## CERTIFICATE OF SERVICE

  AND NOW, this 2nd day of October, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gregory Hazlett, Esquire
7 West Main Street
Mechanicsburg, PA   17055

            /s/Deborah A. Behney
            Office of Charles J. DeHart, III
            Standing Chapter 13 Trustee