UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**NICHOLE VALLE**
    Debtor(s)      :     **CHAPTER 13**

Charles J DeHart, III      :     **CASE NO.1-19-01589-HW**
Chapter 13 Trustee
    Movant
vs
**NICHOLE VALLE**

    Respondent(s)

## STIPULATION

AND NOW, this 10TH of MAY, 2021 the Debtor(s) and Charles J DeHart, III, Standing Chapter 13 Trustee, do hereby stipulate that the Debtor(s) elect the following in satisfaction of the Trustee's Motion To Dismiss due to delinquent plan payments:

1. **CURE DEFAULT: (CHECK ONE)**
   - ☐ Move to convert to Chapter 7 within 5 days.
   - ☐ Move to voluntarily dismiss case within 5 days.
   - ☐ Amend the plan within 30 days from the date of this Stipulation.
   - **X** **Pay the arrears within 60 days (may not exceed 90 days) from the date of this stipulation.**

2. **WAGE ATTACHMENT: (CHECK ONE)**
   - ☐ Within 30 days from the date of this stipulation, debtor(s) will file a Motion for wage attachment for payment of the regular monthly payments to the Trustee
   - **X** Debtors(s) is unable to make payments by wage attachment because (be specific) **THE DEBTOR IS CURRENTLY UNEMPLOYED AND HAS NO ATTACHABLE INCOME.**
   - ☐ Already wage attached, and will amend if necessary

3. **FUTURE PAYMENTS:**
IT IS STIPULATED THAT BEGINNING WITH THE PAYMENT DUE IN THE MONTH OF MAY, 20 21, DEBTOR(S) WILL MAKE ALL REGULAR MONTHLY PAYMENTS TO THE TRUSTEE DURING THE REMAINING TERM OF THE PLAN.

4. **DEFAULT:**
IN THE EVENT THE DEBTOR(S) DOES NOT PERFORM ACCORDING TO THIS STIPULATION, THE CASE MAY BE DISMISSED UPON CERTIFICATION OF THE TRUSTEE, WITHOUT FURTHER NOTICE TO PARTIES OR FURTHER HEARING.

_____      _____
Jack N. Zaharopoulos      Debtor
Standing Chapter 13 Trustee

_____      _____
Counsel for Debtor(s)      Joint Debtor