IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

| | |
|---|---|
| IN RE: : | |
| NICHOLE L. VALLE : | Case No 19-01589-HWV |
| Debtors, : | |
| LAKEVIEW LOAN SERVICING. : | |
| Movant : | Chapter 13 |
| Vs. : | |
| NICHOLE L. VALLE : | |
| Respondents : | |

And
JACK ZAHAROPOULOS

---

## OBJECTION TO CERTIFICATION OF DEFAULT

**AND NOW,** comes Respondent, Nichole Valle, by and through his attorney, Gregory S. Hazlett, Esquire, and objects to this Certification of Default.

The debtor has indicated that she has in fact made the requisite post petition mortgage payments and is accordingly not delinquent relative to the same. Accordingly debtor respectfully requests that the Court deny the Movant's request for Relief from the automatic stay.

DATED: 6/4/2024

                                                    **Respectfully submitted,**

                                                  S/s *Gregory S. Hazlett, Esq.*
                                                  Gregory S. Hazlett, Esquire
                                                  7 West Main Street
                                                  Mechanicsburg, PA. 17055
                                                  Phone: (717)-790-5500