In re:                                                                                    Case No. 19-01589-HWV

Nichole L. Valle                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                                      Page 1 of 4

Date Rcvd: Aug 29, 2024                       Form ID: 3180W                              Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nichole L. Valle, 16 West Locust Street, Enola, PA 17025-3026 |
| cr | + | East PennsboroTownship, c/o JSDC Law Offices, 11 E. Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5193515 | + | East Pennsboro Township, c/o Kimberly A. Bonner, Esquire, JSDC Law Offices, 11 E. Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 5186488 | + | JSDC LAW OFFICES, 11 east chocolate avenue, Hershey, PA 17033-1320 |
| 5186497 | | Pennsylvania Department of Revenue, PO box 281041, Harrisburg, PA 17128-1040 |
| 5193514 | + | c/o Kimberly Bonner, Esquire, JSDC Law Offices, 11 E. Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 5186466 | | capital one bank, jpo box 30285, Salt Lake City, UT 84130-0285 |
| 5186470 | + | carvent financial llc, po box 465, Syosset, NY 11791-0465 |
| 5186480 | + | diversified consultants inc., 10550 deerwood park, # 309, Jacksonville, FL 32256-2805 |
| 5186481 | + | diviersified consultants, po box 551268, Jacksonville, FL 32255-1268 |
| 5186482 | + | east pennsboro township, 98 south enola drive, Enola, PA 17025-2796 |
| 5186483 | | fingerhut, 6520 ridgwood road, Saint Cloud, MN 56303 |
| 5186499 | + | regency finance company, 3350 paxton street, suite E, Harrisburg, PA 17111-1476 |
| 5186500 | + | santander consumer discount, 5201 rufe snow drive, North Richland Hills, TX 76180-6036 |
| 5186501 | | santander consumer usa, po box 961245, Terrell, TX 75161 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: Q3GTBI | Aug 29 2024 22:46:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Aug 29 2024 18:52:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | + | EDI: PRA.COM | Aug 29 2024 22:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5204131 | | EDI: Q3GTBI | Aug 29 2024 22:46:00 | Bureaus Investment Group, Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5195678 | | Email/Text: REPO@CARVANT.COM | Aug 29 2024 18:52:00 | CARVANT FINANCIAL LLC, 6851 JERICHO TURNPIKE, SUITE 245, SYOSSET, NY 11791 |
| 5189819 | + | EDI: COMCASTCBLCENT | Aug 29 2024 22:46:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5205311 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2024 19:02:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5186803 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 29 2024 18:52:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5186478 | | EDI: IRS.COM | | |

| | | Aug 29 2024 22:46:00 | Department of Treasury, Internal Revenue Service, po box 8208, Philadelphia, PA 19101-8208 |
| 5186485 | ^ MEBN | | |
| | | Aug 29 2024 19:07:43 | Flagstar Bank, po box 660263, Dallas, TX 75266-0263 |
| 5188677 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 29 2024 19:02:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5214777 | + Email/Text: SERVICINGMAILHUB@flagstar.com | | |
| | | Aug 29 2024 18:53:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5491339 | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Aug 29 2024 18:53:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5491340 | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Aug 29 2024 18:53:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5192159 | EDI: PENNDEPTREV | | |
| | | Aug 29 2024 22:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5192159 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Aug 29 2024 18:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5211932 | EDI: Q3G.COM | | |
| | | Aug 29 2024 22:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5191459 | + EDI: PRA.COM | | |
| | | Aug 29 2024 22:46:00 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5211396 | EDI: AIS.COM | | |
| | | Aug 29 2024 22:46:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5186467 | + EDI: CAPITALONE.COM | | |
| | | Aug 29 2024 22:46:00 | capital one bank usa na, po box 30281, Salt Lake City, UT 84130-0281 |
| 5186468 | + EDI: CAPITALONE.COM | | |
| | | Aug 29 2024 22:46:00 | capital one na, po box 30281, Salt Lake City, UT 84130-0281 |
| 5186469 | EDI: CAPITALONE.COM | | |
| | | Aug 29 2024 22:46:00 | capital one nationnal association, po box 26030, Richmond, VA 23260-6030 |
| 5186471 | EDI: COMCASTCBLCENT | | |
| | | Aug 29 2024 22:46:00 | comcast, po box 3002, Southeastern, PA 19398-3002 |
| 5186472 | + EDI: WFNNB.COM | | |
| | | Aug 29 2024 22:46:00 | comenity bank, po box 182273, Columbus, OH 43218-2273 |
| 5186473 | EDI: WFNNB.COM | | |
| | | Aug 29 2024 22:46:00 | comenity bank, po box 659704, San Antonio, TX 78265-9704 |
| 5186474 | EDI: WFNNB.COM | | |
| | | Aug 29 2024 22:46:00 | comenity bank buckle, po box 182789, Columbus, OH 43218-2789 |
| 5186475 | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | Aug 29 2024 18:52:00 | credit acceptance corporation, po box 5070, Southfield, MI 48086-5070 |
| 5186476 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Aug 29 2024 19:01:30 | credit one bank, po box 98873, Las Vegas, NV 89193-8873 |
| 5186477 | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | | |
| | | Aug 29 2024 18:53:00 | department of treasurey, bureau of fiscal service, po box 830794, Birmingham, AL 35283-0794 |
| 5186484 | EDI: BLUESTEM | | |
| | | Aug 29 2024 22:46:00 | fingerhut, po box 70283, Philadelphia, PA 19176-0283 |
| 5186486 | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Aug 29 2024 18:53:00 | flagstar bank, 5151 corporate circle, Troy, MI 48098-2639 |
| 5186487 | EDI: LCIICSYSTEM | | |
| | | Aug 29 2024 22:46:00 | ic systems collections, po box 64378, Saint Paul, MN 55164-0378 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5186489 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 29 2024 18:53:00 | kohls capital one, po box 3115, Milwaukee, WI 53201-3115 |
| 5186490 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 19:02:03 | lvnv funding, po box 1269, c/o resurgent capital services, Greenville, SC 29602-1269 |
| 5186491 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 29 2024 18:53:00 | mariner finance, 8211 town center drive, Nottingham, MD 21236-5904 |
| 5186492 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 19:02:10 | merrick bank, po box 9201, Old Bethpage, NY 11804-9001 |
| 5186493 | | EDI: CBS7AVE | Aug 29 2024 22:46:00 | montgomery ward, 1112 7th avenue, Monroe, WI 53566-1364 |
| 5186494 | + | Email/Text: Bankruptcies@nragroup.com | Aug 29 2024 18:53:00 | national recovery agency, 2491 paxton street, Harrisburg, PA 17111-1036 |
| 5186495 | | EDI: AGFINANCE.COM | Aug 29 2024 22:46:00 | one main financial, po box 1010, Evansville, IN 47706-1010 |
| 5186496 | | Email/Text: bankruptcynotices@psecu.com | Aug 29 2024 18:53:00 | pennsylania state employees credit, po box 67013, Harrisburg, PA 17106-7013 |
| 5186498 | + | Email/Text: bankruptcynotices@psecu.com | Aug 29 2024 18:53:00 | pennsylvania state emmployees cred., 1500 elmerton avenue, Harrisburg, PA 17110-2990 |
| 5186502 | + | EDI: SECONDROUND.COM | Aug 29 2024 22:46:00 | second round lp, po box 41955, Austin, TX 78704-0033 |
| 5186503 | + | EDI: Q3GTBI | Aug 29 2024 22:46:00 | the bureaus, 650 dundee road suite 370, Northbrook, IL 60062-2757 |
| 5186504 | + | EDI: VERIZONCOMB.COM | Aug 29 2024 22:46:00 | verizon, po box 650584, Dallas, TX 75265-0584 |
| 5186505 | + | EDI: BLUESTEM | Aug 29 2024 22:46:00 | web bank fresh start, 6250 ridgewood road, Saint Cloud, MN 56303-0820 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5186479 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, department of treasury, po box 21126, Philadelphia, PA 19114-0326 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alyk L Oflazian | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory S Hazlett | on behalf of Debtor 1 Nichole L. Valle adlitem@pa.net hazlettgreg123@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Kimberly A Bonner | on behalf of Creditor East PennsboroTownship kab@jsdc.com jnr@jsdc.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 10

| | | |
|---|---|---|
| Debtor 1 | **Nichole L. Valle** | Social Security number or ITIN   xxx–xx–3116 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–01589–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nichole L. Valle

**By the court:**

8/29/24

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:19-bk-01589-HWV   Doc 81   Filed 08/31/24   Entered 09/01/24 00:26:43   Desc
Imaged Certificate of Notice   Page 7 of 7