**Fill in this information to identify the case**

**Debtor 1** Nichole L. Valle

**Debtor 2**
**(Spouse, if filing)**

United States Bankruptcy Court for the: **MIDDLE** District of **PENNSYLVANIA**
(State)

**Case number** 19-01589

# Form 4100R
## Response to Notice of Final Cure Payment  10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Lakeview Loan Servicing, LLC

**Last 4 digits** of any number you use to identify the debtor's account: 5333

**Property address:** 16 W Locust St
   Number     Street

Enola  PA  17025
City     State     Zip Code

**Court claim no.** (if known):

13

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   09/01/2024
                                                              MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:   (b) $_____

c. Total. Add lines a and b.   (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/____
                                                                        MM/DD/YYYY

| Debtor 1 | Nichole L. Valle | Case number (if known) 19-01589 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Alyk L. Oflazian                    Date  09/04/2024
   Signature

Print:   Alyk Lily Oflazian                Title  Attorneys for Creditor

Company:  Manley Deas Kochalski LLC

Address:  P.O. Box 165028
          Number        Street

          Columbus, OH  43216-5028
          City      State      ZIP Code

Contact phone  614-220-5611                Email  amps@manleydeas.com

Form 4100R            **Response to Notice of Final Cure Payment**            page **2**

23-029017_JHH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-01589 |
| Nichole L. Valle | : Chapter 13 |
| | : Judge Henry W. Van Eck |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| Lakeview Loan Servicing, LLC | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| Nichole L. Valle | : |
| Jack N Zaharopoulos | : |
| Respondents. | : |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Response to Notice of Final Cure was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Gregory S Hazlett, Attorney for Nichole L. Valle, adlitem@pa.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Nichole L. Valle, 16 West Locust Street, Enola, PA 17025

/s/Alyk L. Oflazian

23-029017_JHH